UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORRAINE M. SCHUHLEN,<br>          Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC.,<br>GPT-LONGMEADOW, LLC and<br>GROVE PROPERTY FUND LLC<br>          Defendants. | Case No. 3:21-cv-30002 |

## NOTICE OF REMOVAL

**TO: The Chief Judge and Judges of the United States District Court for the District of Massachusetts**

The Defendant, CVS Pharmacy, Inc. ("CVS"), hereby files this Notice of Removal of the above-captioned matter from the Hampden County Superior Court, Commonwealth of Massachusetts, to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 of the United States Code. In support of its Notice of Removal, CVS states as follows:

### INTRODUCTION

1. On or about November 18, 2020, the Plaintiff, Lorraine M. Schuhlen, filed an action against CVS and the Defendants, GPT-Longmeadow, LLC and Grove Property Fund LLC, in the Trial Court of the Commonwealth of Massachusetts, Superior Court Department, Hampden County ("the State Court Action").

2. By her lawsuit, the Plaintiff seeks damages for bodily injuries allegedly sustained by her while in a parking lot located at 746 Bliss Road in Longmeadow, Massachusetts.

3. A copy of the Complaint, Civil Action Cover Sheet and Summons, served on CVS, is attached hereto as Exhibit A.

4. The underlying action is one in which this Court has original jurisdiction under 28 U.S.C. § 1332 and which may be removed to this Court by CVS pursuant to 28 U.S.C. § 1441(a) because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00.

**TIMELINESS OF REMOVAL**

5. CVS was served with the foregoing pleadings on December 16, 2020. See Return of Service attached hereto as Exhibit B.

6. Accordingly, removal is timely under 28 U.S.C. §1446(b), because CVS filed such removal within thirty (30) days of receipt of the Summons and Complaint. 28 U.S.C. § 1446(b)(2)(B) and (C); Murphy Bros. v. Michetti Pipe Stringing, Inc., 526 U.S. 344 (1999).

**DIVERSITY OF CITIZENSHIP**

7. The Plaintiff is a resident of East Longmeadow, Massachusetts. Exhibit A, Complaint at ¶ 1.

8. CVS is a corporation organized and existing under the laws of the State of Rhode Island, with its principal place of business located at One CVS Drive in Woonsocket, Rhode Island. Exhibit A, Complaint at ¶ 2.

9. The Defendant, GPT-Longmeadow, LLC is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business located at 36 Welles Street, Suite 220, Glastonbury, Connecticut. Exhibit A, Complaint at ¶ 3.

10. The Defendant, Grove Property Fund LLC, is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business located at 36 Welles Street, Suite 220, Glastonbury, Connecticut. Exhibit A, Complaint at ¶ 4.

11. Accordingly, complete diversity of citizenship exists under 28 U.S.C. § 1332.

## AMOUNT IN CONTROVERSY

12. The amount in controversy is believed to exceed $75,000.00, exclusive of interest and costs.

13. The Plaintiff alleges that, as a result of the Defendants' alleged negligence, she "was seriously injured, suffered great pain of body and mind and incurred expenses for medical care and attention." Exhibit A, Complaint at ¶11. Specifically, she sustained a right wrist fracture. See Exhibit A, Civil Action Cover Sheet.

14. The Plaintiff alleges to have incurred $38,419.48 in medical expenses. See Exhibit A, Civil Action Cover Sheet.

15. In light of the amount of the claimed medical expenses and the seriousness of the Plaintiff's alleged injuries and damages, the amount in controversy exceeds $75,000.00. Where the Plaintiff has not pled a specific amount of damages in

the Complaint, the amount in controversy requirement is satisfied when CVS has shown by a preponderance of the evidence that the amount in controversy exceeds $75,000.00.  28 U.S.C. § 1446(c)(2)(B).

## VENUE

16. This action is removable to this Court pursuant to 28 U.S.C. § 1441(a) because the Western Division of the United States District Court for the District of Massachusetts embraces the place (Hampden County, Massachusetts) where the state action is now pending and the place (Longmeadow, Massachusetts) where the Plaintiff's claims and injuries are alleged to have occurred.

## NOTICE OF REMOVAL

17. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Clerk of the Hampden County Superior Court and provided to counsel of record for the Plaintiff and to the other Defendants.  A copy of the Notice of Filing Notice of Removal filed with the Hampden County Superior Court is attached hereto as Exhibit C.

## STATE COURT RECORD

18. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81.1, copies of all process, pleadings and orders served upon CVS are attached hereto as Exhibit A, and certified or attested copies of all records and proceedings and docket entries in the state court will be filed with this Court within 28 days after filing of this notice of removal.

19. In submitting this Notice of Removal, CVS reserves all defenses.

WHEREFORE, the Defendant, CVS Pharmacy, Inc., hereby removes this action from the Hampden County Superior Court to the Western Division of the United States District Court for the District of Massachusetts.

                                  Respectfully submitted,
                                  **THE DEFENDANT, CVS PHARMACY INC.**
                                  By its attorneys,

                                  /s/ Gino Spinelli
                                  Adam G. Cohen, BBO No. 558689
                                  Gino Spinelli, BBO No. 667417
                                  **DAVIDS & COHEN, P.C.**
                                  40 Washington Street, Suite 20
                                  Wellesley, MA 02481
                                  P: (781) 416-5055
                                  F: (781) 416-4344
                                  acohen@davids-cohen.com
                                  gspinelli@davids-cohen.com

Dated: January 5, 2021

## **CERTIFICATE OF SERVICE**

I, Gino Spinelli, hereby certify that a true copy of the above document was served via electronic mail, pursuant to Supreme Judicial Court Order OE-144, on this 5th day of January, 2021, upon all counsel of record below:

*For the Plaintiff:*
Christopher D. Pierson, Esq.
Bacon Wilson, P.C.
33 State Street
Springfield, MA 01103
cpierson@baconwilson.com

And via first class mail, postage prepaid, upon the Defendants below:

*For the Defendant, GPT-Longmeadow LLC:*
GPT-Longmeadow LLC
666 Bliss Road
Longmeadow, MA 01106
Attn: Steven Walker

*For the Defendant, Grove Property Fund LLC:*
Grove Property Fund LLC
666 Bliss Road
Longmeadow, MA 01106
Attn: Steven Walker

                /s/ Gino Spinelli
                Gino Spinelli